*HHN*

**RECEIVED**

MAY - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Antonio Lewis                                 )
                                              )
_____                  )
                                              )
_____                  )     **CIVIL ACTION**
(Name of the plaintiff or plaintiffs)         )
                                              )
                                              )
                v.                            )     N° **08CV2621**
Chicago Extruded Metals                       )     **JUDGE LINDBERG**
                                              )     **MAG.JUDGE ASHMAN**
_____                  )
                                              )
_____                  )
(Name of the defendant or defendants)         )

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.  This is an action for employment discrimination.

2.  The plaintiff is _____Antonio Lewis_____ of the
county of _____Cook_____ in the state of _____IL_____.

3.  The defendant is _Chicago Extruded Metals Company_, whose
street address is _1601 S 54th ave_____,
(city) _Cicero_ (county) _Cook_ (state) _IL_ (ZIP) _60804_
(Defendant's telephone number) _(708)_ – _656-7900_____

4.  The plaintiff sought employment or was employed by the defendant at (street address)
_1601 S 54th Ave_____ (city) _Cicero_____
(county) _Cook_ (state) _IL_ (ZIP code) _60804_

5. The plaintiff [*check one box*]

    (a) ☐      was denied employment by the defendant.

    (b) ☐      was hired and is still employed by the defendant.

    (c) ☑      was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month) _06_ , (day) _16_ , (year) _06_ .

7.1   *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☑ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☑ the United States Equal Employment Opportunity Commission, on or about
(month) _08_ (day) _02_ (year) _06_ .

    (ii) ☐ the Illinois Department of Human Rights, on or about
(month)_____ (day)_____ (year)_____ .

  (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2      The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

☐    Yes (month)_____ (day)_____ (year) _____

☐    No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)    Attached is a copy of the

(i)  Complaint of Employment Discrimination,

☐ YES    ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES    ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐    the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b) ☑    the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on

(month) 02 (day) 14 (year) 08 a copy of which

*Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

(a) ☐    Age (Age Discrimination Employment Act).

(b) ☐    Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

4

_____

_____

_____

_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

I began my employment with defendant 8-5-02. On 5-4-06, I filed a charge of race discrimination and retaliation with EEOC. On June 15, 06, I filed an internal complaint with human resources alleging that I'd been subjected to additional retaliation from my supervisor. On 6-16-06, I was accused of violating work rules + suspended pending term. I was discharged 6-28-06. I believe I have been discriminated against because of retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended

14.    **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. ☑ YES    ☐ NO

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐    Direct the defendant to hire the plaintiff.

(b) ☑    Direct the defendant to re-employ the plaintiff.

(c) ☐    Direct the defendant to promote the plaintiff.

(d) ☐    Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐    Direct the defendant to (specify): _____

_____

5

(f) ☐    Direct the defendant to (specify): _____

_____

_____

_____

_____

_____

(g) ☑    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

*Antonio Lewis*

(Plaintiff's name)

Antonio Lewis

(Plaintiff's street address)

4409 Prescott ave # 2A

(City) Lyons    (State) IL    (ZIP) 60534

(Plaintiff's telephone number) (708) – 442-7926

Date: 5-7-08

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2006-08492 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Antonio P. Lewis** | **(708) 442-7926** | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **4409 Prescott Avenue** | **Lyons, IL 60534** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **CHICAGO EXTRUDED METALS COMPANY** | **201 - 500** | **(708) 656-7900** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **1601 S. 54th Ave.** | **Cicero, IL 60650** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.) | Earliest: **06-16-2006**   Latest: **06-28-2006**<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on August 5, 2002. On May 4, 2006, I filed a charge of race discrimination and retaliation with EEOC (Charge Number 440-2006-03798). On June 15, 2006, I filed an internal complaint with Respondent alleging that I'd been subjected to additional retaliation from my supervisor. On June 16, 2006, I was accused of violating Respondent's Work Rules and suspended pending termination. I was discharged June 28, 2006.

I believe I have been discriminated against because of retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X 8-2-06      *Antonio Lewis*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2800
Chicago, IL  60661
PH: (312) 353-2713
TTY: (312) 353-2421
ENFORCEMENT FAX: (312) 886-1168
STATE & LOCAL FAX: (312) 353-4041
LEGAL FAX: (312) 353-8555

FILE REVIEWS FAX: (312) 353-4041
MEDIATION: (312) 353-6676
HEARINGS FAX: (312) 886-5391

EEOC Charge Number: 440-2006-08492

Antonio Lewis                                          Charging Party
4409 Prescott Avenue
Lyons, Illinois 60534

         vs.

Chicago Extruded Metals Company                        Respondent
1601 S. 54th Avenue
Cicero, Illinois 60804

## DETERMINATION

Under the authority vested in me by the Commission's Procedural Regulations, I issue the following determination on the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended, (Title VII).

Respondent is an employer within the meaning of Title VII and all requirements for coverage have been met.

Charging Party alleged that he was retaliated against, in that he was suspended and discharged, in violation of Title VII.

I have determined that the evidence obtained in the investigation establishes reasonable cause to believe that Respondent retaliated against Charging Party, in that he was suspended and discharged, in violation of Title VII.

This determination is final. When the Commission finds that violations have occurred, it attempts to eliminate unlawful practices by informal methods of conciliation. Therefore, I invite the parties to join with the Commission in reaching a just resolution of this matter. Disclosure of information obtained by the Commission during the conciliation process will be made only in accordance with the Commission's Procedural Regulations (29 CFR Part 1601.26)

EEOC Charge Number:440-2006-08492
Page 2 of 2

If the Respondent wishes to accept this invitation to participate in conciliation efforts, it may do so at this time by proposing terms for a conciliation agreement; that proposal should be provided to the Commission representative within 14 days of the date of this determination. The remedies for violations of the statutes we enforce are designed to make the identified victims whole and to provide corrective and preventive relief. These remedies may include, as appropriate, an agreement by the Respondent to not engage in unlawful employment practices, placement of identified victims in positions they would have held but for discriminatory actions, back pay, restoration of lost benefits, injunctive relief, compensatory and/or punitive damages, and notice to employees of the violation and the resolution of the claim.

Should the Respondent have further questions regarding the conciliation process or the conciliation terms it would like to propose, we encourage it to contact the assigned Commission representative. Should there be no response from the Respondent in 14 days, we may conclude that further conciliation efforts would be futile or nonproductive.

On Behalf of the Commission,

10/19/2007
Date

John P. Rowe
District Director



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2800
Chicago, IL 60661
National Contact Center: (800) 669-4000
National Contact Center TTY: (800) 669-6820
Chicago Status Line: (866) 408-8075
Chicago Direct Dial: (312) 353-2714
TTY (312) 353-2421
FAX (312) 353-4041


Antonio P. Lewis
4409 Prescott Avenue
Lyons, IL 60534


Re:    Respondent:  **CHICAGO EXTRUDED METALS**
       EEOC Number:  **440-2006-08492**


Dear Mr. Lewis:

Attached please find Notice of Right to Sue issued on your behalf in the above referenced matter.
The Commission's efforts to conciliate these matters with respondent have been unsuccessful.
The Commission has determined that it will not bring a lawsuit against the respondent.  By
issuing the attached Notice of Right to Sue, the Commission is terminating its processing of your
charge.

The attached Notice of Right to Sue entitles you to pursue private litigation concerning your
allegations against respondent(s) within 90 days of your receipt of this letter.  You may wish to
retain a private attorney at this time.  The Commission maintains a list of attorneys who have
indicated an interest in pursuing cases involving employment discrimination.  The list is attached
for your convenience.

If you do file suit based on this Notice of Right to Sue, it is requested that you provide us with a
copy of the complaint you file in court.


                                              On behalf of the Commission:

_2/1/08_                                      _John P. Rowe_
Date                                          John P. Rowe
                                              District Director


Enclosures

EEOC Form 161-A (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE
### *(CONCILIATION FAILURE)*

To: **Antonio P. Lewis**
**4409 Prescott Avenue**
**Lyons, IL 60534**

**CERTIFIED MAIL 7099 3400 0014 4054 9815**

From: **Chicago District Office**
**500 West Madison St**
**Suite 2800**
**Chicago, IL 60661**

☐  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2006-08492 | **Sarronda Harris, Investigator** | **(312) 886-9320** |

### TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe* 

**John P. Rowe,**
**District Director**

*February 14, 2008*
*(Date Mailed)*

Enclosures(s)

cc:  **CHICAGO EXTRUDED METALS**