*MHK*

**FILED**

MAY - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Antonio Lewis
(Please print)

**STREET ADDRESS:** 4409 Prescott ave 2A

**CITY/STATE/ZIP:** Lyons, IL 60534

**PHONE NUMBER:** (708) 442-7926

**CASE NUMBER:** 08CV2621
JUDGE LINDBERG
MAG. JUDGE ASHMAN

*Antonio Lewis*
Signature

5-7-08
Date