F I L E D

MAY - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AHN

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Antonio Lewis )

v.

Defendant(s) Chicago Extruded Metals

08CV2621
JUDGE LINDBERG
MAG. JUDGE ASHMAN

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Antonio Lewis, declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:
   Jeffrey L. Taren / Kinoy   Stephen Seliger   Peter Ulbine
   Ari Meidoff                Patricia Banassi
   Richard Rothman            Carolyn Dallinger
   Neil Kauffman              Linda Friedman

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

I declare under penalty that the foregoing is true and correct.

_Antonio Lewis_ / Movant's Signature

4409 Prescott Ave #2A / Street Address

5-7-08 / Date

Lyons, IL 60534 / City, State, ZIP