# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2621 | **DATE** | 6/3/2008 |
| **CASE TITLE** | Antonio Lewis vs. Chicago Extruded Metals | | |

**DOCKET ENTRY TEXT**

Antonio Lewis's application to proceed in forma pauperis [4] and his motion to appoint counsel [5] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|