# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2621 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Antonio Lewis vs. Chicago Extruded Metals | | |

**DOCKET ENTRY TEXT**

Matt D. Strubbe; Fisher & Phillips LLP; 140 South Dearborn Street, Suite 420; Chicago, Illinois 60603; 312/346-8046 is appointed counsel on behalf of the plaintiff Antonio Lewis.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|