FILED
6-27-2008
JUN 27 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO LEWIS, | ) |
| Plaintiff | ) CIVIL ACTION NO. 08CV2621 |
| v. | ) JUDGE LINDBERG |
| | ) MAGISTRATE JUDGE ASHMAN |
| CHICAGO EXTRUDED METALS, | ) |
| Defendant | ) |

## MOTION FOR RELIEF FROM APPOINTMENT

HERE COMES Attorney Matt D. Strubbe and hereby moves this Honorable Court pursuant to Local Rule 83.38 for Relief from Appointment, and in support thereof, states as follows:

1. This Court appointed me as counsel on behalf of the plaintiff in the above-captioned matter.

2. From May 2000 through September 14, 2007, I was employed by the law firm of Fisher & Phillips LLP, 140 South Dearborn Street, Suite 1000, Chicago, Illinois 60603.

3. On September 17, 2007, I began my current employment as in-house corporate counsel with Career Education Corporation ("Career Education"), 2895 Greenspoint Parkway, Suite 600, Hoffman Estates, Illinois 60169.

4. As in-house corporate counsel, I do not handle federal or state court litigation or otherwise appear in court in connection with litigation matters. My duties are non-litigation in nature and involve providing legal and business advice to the various business units at Career Education. Thus, I do not have access to the traditional litigation support modes found in a law firm that are necessary to prosecute litigation matters.

5. As in-house corporate counsel, I have significant day-to-day responsibilities that cannot be delegated or reassigned given the limited resources of an in-house corporate setting. Thus, the responsibilities attendant to representing the plaintiff in this action would prove burdensome and result in delay and inattention to my professional commitments to Career Education.

6. This Motion is not being filed electronically because I do not currently have a CM/ECF account.

For all of the foregoing reasons, I hereby respectfully request that this Honorable Court grant my request for relief from its order of appointment in this matter

Respectfully submitted,

_____
MATT D. STRUBBE

Matt D. Strubbe
Career Education Corporation
2895 Greenspoint Parkway, Suite 600
Hoffman Estates, IL 60169
Attorney No. 6216918

2

## CERTIFICATE OF SERVICE

I, Matt D. Strubbe, hereby certify that on June 26, 2008, I served copies of **MOTION FOR RELIEF FROM APPOINTMENT** on the following parties by way of overnight mail (Federal Express):

>   Antonio Lewis (Plaintiff)
>   4409 Prescott Avenue #2A
>   Lyons, IL 60534
>   (708) 442-7926

_6/26/2008_
Date

_Matt D. Strubbe_
Signature