MAN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO LEWIS, ) | |
| ) | |
| Plaintiff ) | CIVIL ACTION NO. 08CV2621 |
| ) | |
| v. ) | JUDGE LINDBERG |
| ) | MAGISTRATE JUDGE ASHMAN |
| CHICAGO EXTRUDED METALS, ) | |
| ) | |
| Defendant ) | |

**NOTICE OF MOTION**

FILED
6-27-2008
JUN 27 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To:   Antonio Lewis
      4409 Prescott Avenue #2A
      Lyons, IL 60534
      (708) 442-7926

PLEASE TAKE NOTICE that on Wednesday, July 2, 2008, at 9:30 a.m., or as soon thereafter as the matter can be heard, Attorney Matt D. Strubbe will appear before The Honorable George W. Lindberg, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1425, and then and there present his **MOTION FOR RELIEF FROM APPOINTMENT**, which has been filed with the Clerk of the Court, and a copy of which has been served upon you.

Respectfully submitted,

MATT D. STRUBBE

Matt D. Strubbe
Career Education Corporation
2895 Greenspoint Parkway, Suite 600
Hoffman Estates, IL 60169
Attorney No. 621691