# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2621 | **DATE** | 7/2/2008 |
| **CASE TITLE** | Antonio Lewis vs. Chicago Extruded Metals | | |

**DOCKET ENTRY TEXT**

Motion by Matt D. Strubbe for relief from appointment of counsel (9) is granted. Leave of court is given to Matt D. Strubbe to withdraw his appearance on behalf of the plaintiff. The court will appoint new counsel on behalf of the plaintiff.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|