# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2621 | **DATE** | 7/3/2008 |
| **CASE TITLE** | Antonio Lewis vs. Chicago Extruded Metals | | |

**DOCKET ENTRY TEXT**

Jeff M. Nichols; Brinks Hofer Gilson & Lione; 455 N. Cityfront Drive; Suite 3600; Chicago, Illinois 60611; 312/321-4200 is appointed counsel on behalf of plaintiff, Antonio Lewis.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|