**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Antonio Lewis<br>v.<br>Chicago Extruded Metals | Case Number: 08 CV 2621 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Chicago Extruded Metals Company

| NAME (Type or print) |  |
|---|---|
| Randall L. Mitchell |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Randall L. Mitchell |  |
| FIRM |  |
| Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C. |  |
| STREET ADDRESS |  |
| 150 North Michigan Avenue, Suite 2130 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60601 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 1932500 | 312/781-2804 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ |  |